AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

### OFFENSE CHARGED

18 U.S.C. § 641 - Theft of Government Property

☐ Petty
☐ Minor
☑ Misdemeanor
☐ Felony

**PENALTY:**
Not more than one year imprisonment, a $100,000 fine, 1 year post-release supervision, and a $25 special assessment fee.

### DEFENDANT - U.S.

▶ Matthew W. Majewski

**DISTRICT COURT NUMBER**

CR 07 0627

MAG

### PROCEEDING

**Name of Complainant Agency, or Person (&Title, if any)**

Office of the Inspector General, Social Security Administration

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense

**SHOW DOCKET NO.**

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

**MAGISTRATE CASE NO.**

**Name and Office of Person Furnishing Information on THIS FORM**    SCOTT N. SCHOOLS
☑ U.S. Att'y  ☐ Other U.S. Agency

**Name of Asst. U.S. Att'y (if assigned)**  WENDY THOMAS

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed _____

**DATE OF ARREST** ▶ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

FILED
07 OCT -4 PM 12:00
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CR 07 0627 MAG

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. |
| Plaintiff, ) | VIOLATIONS: 18 U.S.C. § 641- Theft of Government Funds (Class A Misdemeanor) |
| v. ) | |
| MATTHEW W. MAJEWSKI, ) | SAN FRANCISCO VENUE |
| Defendant. ) | |

### INFORMATION

The United States Attorney charges:

On or about and between September 01, 2005, and September 09, 2005, in the Northern District of California, the defendant,

MATTHEW W. MAJEWSKI,

did knowingly embezzle, steal, purloin, and convert to his use or that of another, any money or thing of value of the United States, or of any department and agency thereof, to wit: Federal Emergency Management Agency benefits, and did receive, conceal, and retain such money or thing of value with the intent to convert it to his gain, knowing it to have been embezzled, stolen,

//

//

INFORMATION

1  purloined, and converted, in violation of Title 18, United States Code, Section 641, a Class A
2  Misdemeanor.
3
4  DATED: 10/4/07
5  
   SCOTT SCHOOLS
   United States Attorney
6
7  GREGG W. LOWDER
   Chief, Major Crimes Section
8
9  (Approved as to form: )
10 WENDY THOMAS
   Special Assistant United States Attorney

INFORMATION                              -2-