SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

WENDY THOMAS (NYBN 4315420)
Special Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, California 94102
    Telephone: (415) 436-6809
    Fax: (415) 436-7234
    Email: wendy.thomas@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR 07-0627 MAG |
|     Plaintiff, ) | |
| v. ) | **DECLARATION OF DANIELLE CROCKETT IN SUPPORT OF UNITED STATES' MOTION FOR SUMMONS** |
| MATTHEW MAJEWSKI, ) | |
|     Defendant. ) | |

I, Danielle Crockett, hereby declare as follows:

1. I am a Law Clerk in the United States Attorney's Office assigned to the prosecution of this case. I have received the following information from officers employed by the Office of the Inspector General, Social Security Administration, and from reports and other documents provided to me by the officers of the Office of the Inspector General.

2. On September 1, 2005, Matthew Majewski ("Majewski") phoned and filed an application with the Federal Emergency Management Agency (FEMA). Majewski provided information to apply for aid designed for victims of Hurricane Katrina. Majewski stated that he was displaced to a family/friend's dwelling after the hurricane, that his home and personal property were damaged by the disaster, that he was renting a home at the time of the hurricane, and that he was

-2-

restricted from his home as a result of the hurricane. Majewski also stated that his primary residence was 2232 North Rampart St, New Orleans, LA 70117.

4. As a result of this claim, on September 9, 2005, FEMA electronically transferred $2,000 to Majewski's Bank of America account. Majewski admitted that he did receive the electronic funds transfer in the amount of $2,000 from FEMA.

5. In July of 2005, Majewski applied for Supplemental Security Income ("SSI") from the Social Security Administration in which he listed a residence address of 4241 18th Street, San Francisco, CA, and began receiving SSI payments in August of 2005.

6. On August 11, 2006, Special Agents Jonathan Haydon and Virgil Kayl of the Social Security Administration Office of the Inspector General interviewed Majewski in Majewski's home. During this interview and in a subsequent signed written statement submitted on August 21, 2006, Majewski admitted that he did not live in New Orleans at the time of Hurricane Katrina and his application was entirely false. Majewski stated that he had moved from New Orleans, Louisiana, to San Francisco, California, during the first week of July of 2005, and was therefore not in New Orleans at the time of Hurricane Katrina. Further, Majewski stated that he reported his move to California to the Social Security Administration and began receiving payments in California from the Social Security Administration in August of 2005.

7. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed October 4, 2007 at San Francisco, California.

DATED:  10/4/07                    Respectfully submitted,

                                   SCOTT N. SCHOOLS
                                   United States Attorney


                                          /s/
                                   DANIELLE CROCKETT
                                   Law Clerk
                                   United States Attorney's Office

DECLARATION IN SUPPORT OF MOTION FOR SUMMONS
Case No. CR 07-0627 MAG                -2-