SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

WENDY THOMAS (NYBN 4315420)
Special Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, California 94102
    Telephone: (415) 436-6809
    Fax: (415) 436-7234
    Email: wendy.thomas@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR 07-0627 MAG |
|     Plaintiff, ) | |
| v. ) | **[PROPOSED] ORDER FOR SUMMONS** |
| MATTHEW MAJEWSKI, ) | |
|     Defendant. ) | |

    Having reviewed the Declaration of Danielle Crockett, the Court finds that probable cause exists to believe that an offense has been committed. Accordingly, pursuant to Fed. R. Crim. P. 58(d)(3), the Clerk of the Court is directed to issue a Summons directing the defendant, Matthew Majewski, 4241 18th Street, San Francisco, CA 94114, to appear on November 2, 2007, at 9:30 a.m. before Magistrate Bernard Zimmerman to answer the Information that has been filed by the United States Attorney.

    IT IS SO ORDERED.

Dated: _____          _____
                                            EDWARD M. CHEN
                                            United States Magistrate Judge