1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  WENDY THOMAS (NYBN 4315420)
   Special Assistant United States Attorney
5
       450 Golden Gate Avenue, 11th Floor
6      San Francisco, California 94102
       Telephone: (415) 436-6809
7      Fax: (415) 436-7234
       Email: wendy.thomas@usdoj.gov
8
   Attorneys for Plaintiff
9
                        UNITED STATES DISTRICT COURT
10
                       NORTHERN DISTRICT OF CALIFORNIA
11
                             SAN FRANCISCO DIVISION
12
   UNITED STATES OF AMERICA,        )   Case No. CR 07-0627 MAG
13                                  )
         Plaintiff,                 )
14                                  )
      v.                            )   [~~PROPOSED~~] ORDER FOR SUMMONS
15                                  )
   MATTHEW MAJEWSKI,                )
16                                  )
         Defendant.                 )
17  _____)

18

19     Having reviewed the Declaration of Danielle Crockett, the Court finds that probable cause
20  exists to believe that an offense has been committed. Accordingly, pursuant to Fed. R. Crim. P.
21  58(d)(3), the Clerk of the Court is directed to issue a Summons directing the defendant, Matthew
22  Majewski, 4241 18th Street, San Francisco, CA 94114, to appear on November 2, 2007, at 9:30
23  a.m. before Magistrate Bernard Zimmerman to answer the Information that has been filed by the
24  United States Attorney.
25     IT IS SO ORDERED.
26  Dated: 10/11/07
27                                          EDWARD M. CHEN
                                            United States Magistrate Judge
28

ORDER FOR SUMMONS
Case No. CR 07-0627 MAG