SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

WENDY THOMAS (NYBN 4315420)
Special Assistant United States Attorney

   450 Golden Gate Avenue, 11th Floor
   San Francisco, California  94102
   Telephone:  (415) 436-6809
   Fax:  (415) 436-7234
   Email: wendy.thomas@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>        Plaintiff, )<br>)<br>)<br>)<br>   v. )<br>)<br>MATTHEW W. MAJEWSKI, )<br>)<br>)<br>        Defendant. )<br>_____) | Criminal No.: 07-0627 MAG<br><br>**[PROPOSED] ORDER AND STIPULATION EXCLUDING TIME FROM NOVEMBER 2, 2007, TO NOVEMBER 29, 200**7 |

     On November 2, 2007, the parties in this case appeared before the Honorable Bernard Zimmerman.  With the agreement of counsel for both parties, the Court found and held as follows:

     1.  The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. §3161, from November 2, 2007, to November 29, 2007, in light of the need for effective preparation of counsel.  Taking into account the exercise of due diligence and the need for counsel to review discovery in this case, failure to grant the requested continuance would

**[PROPOSED] ORDER AND STIPULATION EXCLUDING TIME**
**CR 07-0627**

1 unreasonably deny defense counsel reasonable time necessary for effective preparation.

2. Given these circumstances, the Court found that the ends of justice served by excluding the period from November 2, 2007, to November 29, 2007, outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(8)(A).

3. Accordingly, and with the consent of the defendant, the Court ordered that the period from November 2, 2007, to November 29, 2007, be excluded from the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED.

```
                                            SCOTT N. SCHOOLS
                                            United States Attorney

DATED: _11/2/07_____        _____/s/_____
                                            WENDY THOMAS
                                            Special Assistant United States Attorney


DATED: _11/2/07_____        _____/s/_____
                                            JODI LINKER
                                            Counsel for Matthew Majewski
```

IT IS SO ORDERED.

DATED: _11/5/2007_____              _____
                                            BERNARD ZIMMERMAN
                                            United States Magistrate Judge



**[PROPOSED] ORDER AND STIPULATION EXCLUDING TIME**
**CR 07-0627**