SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

WENDY THOMAS (NYBN 4315420)
Special Assistant United States Attorney

   450 Golden Gate Avenue
   San Francisco, California 94102
   Telephone: (415) 436-6809
   Facsimile: (415) 436-7234
   E-Mail: wendy.thomas@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. CR 07-0627 MAG |
|    Plaintiff, ) | |
|   v. ) | [~~PROPOSED~~] ORDER AND STIPULATION EXCLUDING TIME FROM DECEMBER 12, 2007 TO MARCH 12, 2008 |
| MATTHEW MAJEWSKI, ) | |
|    Defendant. ) | |

The parties appeared before the Honorable Bernard Zimmerman on December 12, 2007. At that time, the parties stipulated that the matter would be continued until March 12, 2008, and that time should be excluded from the Speedy Trial Act calculations from December 12, 2007, through March 12, 2008, for a period during which Pre-Trial Services will evaluate the eligibility of the defendant for pretrial diversion. *See* 18 U.S.C. § 3161(h)(2). The parties agree that pretrial diversion is an appropriate disposition of this case and that - taking into account the public interest in prompt disposition of criminal cases - good cause exists for this

//

[~~PROPOSED~~] ORDER AND
STIPULATION EXCLUDING TIME
CR 07-0627 MAG

extension. Accordingly, the parties agree that the prosecution will be deferred for Pretrial Services to evaluate the defendant for pretrial diversion eligibility. 18 U.S.C. § 3161(h)(2).

IT IS SO STIPULATED.

DATED: 12/18/07

/s/
JODI LINKER
Counsel for Matthew Majewski

DATED: 12/15/07

/s/
WENDY THOMAS
Special Assistant U.S. Attorney

IT IS SO ORDERED.

DATED:___December 20, 2007

_____
THE HON. BERNARD ZIMMERMAN
United States Magistrate Judge



[PROPOSED] ORDER AND
STIPULATION EXCLUDING TIME
CR 07-0627 MAG                    2