JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

WENDY M. THOMAS (NYBN 4315420)
Special Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, California  94102
    Telephone:  (415) 436-6809
    Fax: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>        Plaintiff,  )<br>  v.  )<br>  )<br>MATTHEW W. MAJEWSKI,  )<br>  )<br>        Defendant.  )<br>  )<br>_____  ) | CR No. 07-0627 MAG<br><br>[PROPOSED] STIPULATION AND<br><u>ORDER EXCLUDING TIME</u> |

    On March 12, 2008, the parties in this case appeared before the Court for a status appearance. With the agreement of counsel for both parties, the parties stipulate as follows:

    1. The parties agree to an exclusion of time under the Speedy Trial Act, Title 18 United States Code, section 3161, between March 12, 2008 and April 23, 2008, for deferral of prosecution pending Defendant's evaluation for eligibility for Pre-Trial Diversion.

//

//

//

//

2. The parties also agree that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(8)(A).

IT IS SO STIPULATED:

JOSEPH P. RUSSONIELLO
United States Attorney

DATED: 3/31/08                                         /s/
WENDY M. THOMAS
Special Assistant United States Attorney

DATED: 3/31/08                                         /s/
JODI LINKER
Attorney for Mr. Majewski

As the Court found on March 12, 2008, and for the reasons stated above, the Court finds that an exclusion of time between March 12, 2008 to April 23, 2008 is warranted and that the ends of justice served by the continuance outweighs the best interests of the public and the defendant in a speedy trial. See 18 U.S.C. §3161 (h)(8)(A).

IT IS SO ORDERED.

DATED:_____                    _____
                                                            BERNARD ZIMMERMAN
                                                            United States Magistrate Judge