JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

WENDY M. THOMAS (NYBN 4315420)
Special Assistant United States Attorney

450 Golden Gate Avenue, 11th Floor
San Francisco, California 94102
Telephone: (415) 436-6809
Fax: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>    v.<br><br>MATTHEW W. MAJEWSKI,<br><br>    Defendant. | CR No. 07-0627 MAG<br><br>[PROPOSED] STIPULATION AND <u>ORDER EXCLUDING TIME</u> |

On March 12, 2008, the parties in this case appeared before the Court for a status appearance. With the agreement of counsel for both parties, the parties stipulate as follows:

1. The parties agree to an exclusion of time under the Speedy Trial Act, Title 18 United States Code, section 3161, between March 12, 2008 and April 23, 2008, for deferral of prosecution pending Defendant's evaluation for eligibility for Pre-Trial Diversion.

//
//
//
//

[Proposed] Stipulation and Order
CR 07-0627 MAG                                           1

1     2. The parties also agree that the ends of justice served by granting such a continuance
2 outweigh the best interests of the public and the defendant in a speedy trial. See 18 U.S.C. §
3 3161(h)(8)(A).
4 IT IS SO STIPULATED:

5                                     JOSEPH P. RUSSONIELLO
                                    United States Attorney
6

7 DATED: 3/31/08                          /s/
                                    WENDY M. THOMAS
8                                   Special Assistant United States Attorney

9
10 DATED: 3/31/08                        /s/
                                   JODI LINKER
11                                   Attorney for Mr. Majewski

12     As the Court found on March 12, 2008, and for the reasons stated above, the Court finds that
13 an exclusion of time between March 12, 2008 to April 23, 2008 is warranted and that the ends of
14 justice served by the continuance outweighs the best interests of the public and the defendant in a
15 speedy trial. See 18 U.S.C. §3161 (h)(8)(A).

16
17 IT IS SO ORDERED.
18 DATED: 1 Apr 08                                  _____
19                                     BERNARD ZIMMERMAN
                                    United States Magistrate Judge
20
21
22
23
24
25
26
27
28

[Proposed] Stipulation and Order
CR 07-0627 MAG                               2