1    JOSEPH P. RUSSONIELLO (CABN 44332)
     United States Attorney

2

3    BRIAN J. STRETCH (CABN 163973)
     Chief, Criminal Division

4    WENDY M. THOMAS (NYBN 4315420)
     Special Assistant United States Attorney

5
          450 Golden Gate Avenue, 11th Floor
6         San Francisco, California  94102
          Telephone:  (415) 436-6809
7         Fax: (415) 436-7234

8

     Attorneys for Plaintiff

9
                         UNITED STATES DISTRICT COURT

10
                       NORTHERN DISTRICT OF CALIFORNIA

11
                           SAN FRANCISCO DIVISION

12
     UNITED STATES OF AMERICA,          )      CR No. 07-0627 MAG
13                                      )
                                        )
14              Plaintiff,              )      [PROPOSED] STIPULATION AND
          v.                            )      ORDER EXCLUDING TIME
15                                      )
     MATTHEW W. MAJEWSKI,               )
16                                      )
                Defendant.              )
17                                      )
     _____  )

18

19       On March 12, 2008, the parties in this case appeared before the Court for a status

20   appearance.  Since that appearance, the defendant has been accepted into Pre-Trial Diversion.

21   With the agreement of counsel for both parties, the parties stipulate as follows:

22       1. The parties agree to an exclusion of time under the Speedy Trial Act, Title 18 United

23   //

24   //

25   //

26   //

27   //

28   //


     Stipulation and Order                    1

1 States Code, section 3161, between April 23, 2008, to October 15, 2008, for deferral of

2 prosecution for the defendant to complete his Pre-Trial Diversion.

3

4 IT IS SO STIPULATED:

5                                         JOSEPH P. RUSSONIELLO
                                          United States Attorney

6

7 DATED: 4/10/08_____                  _____/s/_____
                                          WENDY THOMAS
8                                         Special Assistant United States Attorney

9

10 DATED: 4/14/08_____                 _____/s/_____
                                          JODI LINKER
11                                        Attorney for Defendant

12

13      Based on the stipulation of the parties and for good cause shown, IT IS HEREBY

14 ORDERED that time is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(2)

15 from  April 23, 2008, to October 15, 2008, for deferral of prosecution by the United States for

16 the purpose of allowing the defendant to complete a pretrial diversion program.

17

18 DATED:_____                   _____
                                          BERNARD ZIMMERMAN
19                                        United States Magistrate Judge

20

21

22

23

24

25

26

27

28

Stipulation and Order                           2