JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

WENDY M. THOMAS (NYBN 4315420)
Special Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, California  94102
    Telephone:  (415) 436-6809
    Fax: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR No. 07-0627 MAG |
| | ) | |
|     Plaintiff, | ) | [PROPOSED] STIPULATION AND |
| v. | ) | ORDER EXCLUDING TIME |
| | ) | |
| MATTHEW W. MAJEWSKI, | ) | |
| | ) | |
|     Defendant. | ) | |
| | ) | |

    On March 12, 2008, the parties in this case appeared before the Court for a status appearance.  Since that appearance, the defendant has been accepted into Pre-Trial Diversion. With the agreement of counsel for both parties, the parties stipulate as follows:

    1. The parties agree to an exclusion of time under the Speedy Trial Act, Title 18 United

//

//

//

//

//

//

Stipulation and Order                                1

States Code, section 3161, between April 23, 2008, to October 15, 2008, for deferral of prosecution for the defendant to complete his Pre-Trial Diversion.

IT IS SO STIPULATED:

        JOSEPH P. RUSSONIELLO
        United States Attorney

DATED: 4/10/08                      /s/
        WENDY THOMAS
        Special Assistant United States Attorney

DATED: 4/14/08                      /s/
        JODI LINKER
        Attorney for Defendant

    Based on the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that time is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(2) from April 23, 2008, to October 15, 2008, for deferral of prosecution by the United States for the purpose of allowing the defendant to complete a pretrial diversion program.

DATED: April 15, 2008                  /s/ Bernard Zimmerman
        BERNARD ZIMMERMAN
        United States Magistrate Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Bernard Zimmerman]*