JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

WENDY THOMAS (NYSBN 4315420)
Special Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, California 94102
    Telephone: (415) 436-6809
    Fax: (415) 436-7234
    Email: wendy.thomas@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-0627 MAG |
|     Plaintiff, ) | |
|     v. ) | **MOTION AND [PROPOSED] ORDER TO DISMISS INFORMATION** |
| MATTHEW W. MAJEWSKI, ) | |
|     Defendant. ) | |

    With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California moves to dismiss the above

//
//
//
//
//
//
//
//

DISMISSAL OF INFORMATION
CR 07-0627 MAG

1  Information with prejudice. The defendant has successfully completed his pretrial diversion
2  program.
3
4                                         Respectfully submitted,
5                                         JOSEPH P. RUSSONIELLO
                                          United States Attorney
6
7
8  DATED: __8/20/08_____          _____/s/_____
                                          WENDY THOMAS
9                                         Special Assistant United States Attorney
10
11     The Court hereby grants leave to dismiss the above Information with prejudice.
12
13
   DATED: _____           _____
14                                        BERNARD ZIMMERMAN
                                          United States Magistrate Judge
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DISMISSAL OF INFORMATION
CR 07-0627 MAG