FILED

AUG 2 5 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney

2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  WENDY THOMAS (NYSBN 4315420)
   Special Assistant United States Attorney
5
   450 Golden Gate Avenue, 11th Floor
6  San Francisco, California 94102
   Telephone: (415) 436-6809
7  Fax: (415) 436-7234
   Email: wendy.thomas@usdoj.gov
8
   Attorneys for Plaintiff
9

10                    UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                      SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,          )     No. CR 07-0627 MAG
                                       )
14         Plaintiff,                  )
                                       )     MOTION AND [PROPOSED] ORDER
15     v.                              )     TO DISMISS INFORMATION
                                       )
16  MATTHEW W. MAJEWSKI,               )
                                       )
17         Defendant.                  )
                                       )
18

19      With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the

20  United States Attorney for the Northern District of California moves to dismiss the above

21  //

22  //

23  //

24  //

25  //

26  //

27  //

28  //

DISMISSAL OF INFORMATION
CR 07-0627 MAG

1  Information with prejudice.  The defendant has successfully completed his pretrial diversion

2  program.

3

4                                    Respectfully submitted,

5                                    JOSEPH P. RUSSONIELLO
                                     United States Attorney
6

7

8  DATED: __8/20/08_____          _____/s/_____
                                       WENDY THOMAS
9                                      Special Assistant United States Attorney

10

11      The Court hereby grants leave to dismiss the above Information with prejudice.

12

13  DATED: 25 Aug 08              _____
14                                    BERNARD ZIMMERMAN
                                      United States Magistrate Judge
15

16

17

18

19

20

21

22

23

24

25

26

27

28

DISMISSAL OF INFORMATION
CR 07-0627 MAG